**UNITED STATES DISTRICT COURT**　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JAMES VALENTINIS-DEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-22 |
| | § | |
| MELISA MILLER, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James Valentinis-Dee, a prisoner confined at the Montgomery County Jail, proceeding *pro se*, filed this civil action seeking pre-complaint discovery.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On January 21, 2026, the magistrate judge recommended dismissing the action without prejudice for want of prosecution.  Proper notice was sent to Plaintiff at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(C).  To date, the parties have not filed objections to the magistrate judge's Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#6) is

**ADOPTED**.   A final judgment will be entered in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 17th day of February, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE